No. 149, Misc. JACKSON *v.* MARYLAND. Circuit Court of Washington County, Maryland. Certiorari denied.

No. 150, Misc. McCAMEY *v.* WYOMING. Supreme Court of Wyoming. Certiorari denied.

No. 151, Misc. BAILEY *v.* ALVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 152, Misc. CHERRIE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 159, Misc. LIGHTFRITZ *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 160, Misc. OUGHTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 163, Misc. GOLDSBY *v.* HARPOLE, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied. *William R. Ming, Jr.* and *George N. Leighton* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, *J. R. Griffin* and *John H. Price, Jr.,* Assistant Attorneys General, and *Ross R. Barnett* for respondent.

No. 164, Misc. RICKS *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 170, Misc. CARRIKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.